IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS II,

    Petitioner,                     No. CIV-S-04-2245 LKK KJM P

   vs.

TOM L. CAREY,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

        Petitioner appears to challenge a guilty finding at an administrative disciplinary proceeding. Petitioner has submitted his habeas petition on the standard form provided by this court. However, petitioner has not provided enough detail or filled out the form accurately if in fact it is the disciplinary proceeding that forms the basis of his filing. For example, the court cannot tell whether petitioner has exhausted state court remedies with respect to his claim, which petitioner must do before pursuing any habeas claim in this court. See 28 U.S.C. § 2254(b)(1); Picard v. Connor, 404 U.S. 270, 276 (1971). The information that should be provided in the

form-habeas application should relate only to the administrative proceeding at issue, not petitioner's criminal conviction. Further, petitioner has not provided enough facts to state a claim for the violation of a Constitutional right. For example, petitioner claims there was insufficient evidence to support the disciplinary proceeding finding, but fails to indicate what evidence was presented at the proceeding. To the extent petitioner asserts violations of state law, he is informed that under 28 U.S.C. § 2254(a), a writ of habeas corpus can only issue for violations of federal law.

Good cause appearing, petitioner will be granted thirty days within which to file an amended petition for writ of habeas corpus. If petitioner fails to file an amended petition within thirty days, this case will be closed.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

3. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

DATED: May 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] wood2245.114

2