IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II

     Petitioner,                   No. CIV-S-04-2245 LKK KJM P

   vs.

TOM L. CAREY,

     Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

        Petitioner has asked that this case be consolidated with a California Supreme Court case. The court generally cannot consolidate a federal action with a state action. There does not appear to be any reason justifying consolidation in this case. Petitioner's motion will be denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Respondents are directed to file an answer within sixty days from the date of

1

1  this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the
2  answer any and all transcripts or other documents relevant to the determination of the issues
3  presented in the application.  Rule 5, Rules Governing Section 2254 Cases;
4             3.  Petitioner's traverse, if any, is due on or before thirty days from the date
5  respondents' answer is filed;
6             4.  The Clerk of the Court shall serve a copy of this order together with a copy of
7  petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney
8  General; and
9             5.  Petitioner's May 25, 2005 motion to consolidate is denied.
10 DATED:  December 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

17 1
   wood2245.100(5.25.05)