IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EARNEST CASSELL WOODS, II,** | 2:04-cv-02245 LKK KJM P |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **TOM L. CAREY,** | |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, respondent is granted a thirty-day extension of time, to and including, March 8, 2006, within which to file his response to the petition in this matter.

DATED: February 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE