IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST CASSELL WOODS, II,

        Petitioner,                  No. CIV S-04-2245 LKK KJM P

   vs.

TOM L. CAREY,

        Respondent.            ORDER

                                   /

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        In addition, petitioner has requested an extension of time to file and serve objections to the December 20, 2006 findings and recommendations. Petitioner's request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's December 29, 2006 motion for appointment of counsel is denied;

        2. Petitioner's December 29, 2006 motion for an extension of time is granted; and

1       3.  Petitioner is granted thirty days from the date of this order in which to file and
2  serve objections to the December 20, 2006 findings and recommendations.
3  DATED: January 9, 2007.

_____
U.S. MAGISTRATE JUDGE

6  /mp
wood2245.31+36